# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 24-1472V

| | |
|---|---|
| JENNIFER BURANDT, *parent of* F.B., *a minor,*<br><br>                      Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>                      Respondent. | Chief Special Master Corcoran<br><br><br>Filed: April 9, 2025 |

*Edward M. Kraus, Kraus Law Group, LLC, Chicago, IL, for Petitioner.*

*Madylan Louise Yarc, U.S. Department of Justice, Washington, DC, for Respondent.*

### RULING ON ENTITLEMENT[1]

On September 20, 2024, Jennifer Burandt, as parent of her minor child F.B., filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that F.B.'s receipt of a rotavirus vaccine on October 6, 2021, caused F.B. to suffer intussusception. Petition at 1. The case was assigned to the Special Processing Unit ("SPU") of the Office of Special Masters.

On April 7, 2025, Respondent filed his Rule 4(c) report in which he **concedes** that Petitioner, on behalf of F.B., is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent has concluded that F.B.'s intussusception meets the criteria set forth in the Vaccine Injury Table (the "Table") and the accompanying

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Qualifications and Aids to Interpretation (the "QAI"). *Id.* at 5 (citing 42 C.F.R. §§ 100.3(a)(XI), (c)(4). Respondent has also concluded that F.B.'s intussusception "resulted in inpatient hospitalization and surgical intervention," (citing Vaccine Act Section 11(c)(1)(D)(iii)), and that Petitioner has satisfied all legal prerequisites for compensation under the Act. *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master